COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

David Wayne Poydras
T.U., Upper-F-1 DOC No. 115750
Louisiana State Penitentiary
Angola LA 70712

REHEARING ACTION: April 13, 2011

**Docket Number: 10   00685-KH**

**STATE OF LOUISIANA
VERSUS
DAVID WAYNE POYDRAS**

**Writ Application from Lafayette Parish Case No. 52685**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. John D. Saunders
Hon. J. David Painter
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Wayne Poydras** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent